IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

HETALBEN A. PATEL, AJAYKUMAR B            *
PATEL, and NAVYA A PATEL,
                                          *
              Plaintiffs,                       Case No. 5:23-cv-00295-TES
v.                                        *

ALEJANDRO MAYORKAS, et al.,               *

              Defendants.                  *

_____

## J U D G M E N T

Pursuant to this Court's Order dated December 5, 2023, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendants.

This 5th day of December, 2023.

David W. Bunt, Clerk


s/ Shabana Tariq, Deputy Clerk